UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Barbara Desselle,<br><br>    Plaintiff,<br>v.<br><br>Bluestem Brands, Inc. d/b/a Fingerhut,<br><br>    Defendant. | Civil Action No.: 5:12-cv-00914-OLG |

### STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Bluestem Brands, Inc. d/b/a Fingerhut, with prejudice and without costs to any party.

| Barbara Desselle | Bluestem Brands, Inc. d/b/a Fingerhut |
|---|---|
| /s/Sergei Lemberg<br>Sergei Lemberg, Esq.<br>Lemberg & Associates, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>Telephone: (203) 653-2250<br>Facsimile:  (203) 653-3424<br>Attorney for Plaintiff | /s/ Erin L. Hoffman<br>Erin L. Hoffman<br>Aaron D. Van Oort<br>Faegre Baker Daniels LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Facsimile: (612) 766-1600<br><br>and |

                                             Robert L. Soza, Jr.
                                             Matthew E. Vandenberg
                                             Jackson Walker L.L.P.
                                             112 East Pecan Street, Suite 2400
                                             San Antonio, Texas 78205
                                             Telephone: (210) 978-7700
                                             Facsimile: (210) 978-7790
                                             Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                        By /s/*Sergei Lemberg*
                                                         Sergei Lemberg, Esq.